### ERTLE v. PLACER COUNTY et al.

#### Sac. No. 69; March 18, 1896.

##### 44 Pac. 229.

**Jurisdiction of Supreme Court — Amount Involved.**—The supreme court has no jurisdiction of an appeal from an order, made after final judgment, refusing to strike out plaintiff's cost bill, which amounts to less than $300.

APPEAL from Superior Court, Placer County; W. H. Grant, Judge.

Action by John Ertle against Placer county and others. From an order made after final judgment defendants appeal. Dismissed.

L. L. Chamberlain and F. P. Tuttle for appellants; Ben. P. Tabor and John M. Fulweiler for respondent.

PER CURIAM.—This is an appeal from an order of the superior court, made after final judgment, denying defendants' motion to strike out plaintiff's cost bill, amounting to only $65.45. The only ground of the motion was that the memorandum of the items of costs, though properly verified and filed with the clerk, was not served on the defendants within the time prescribed by section 1033 of the Code of Civil Procedure. As the whole amount of costs claimed by plaintiff was less than $300, this court has no jurisdiction of the appeal: Fairbanks v. Lampkin, 99 Cal. 429, 34 Pac. 101. Therefore the appeal is dismissed.